United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
6/1/ 20 15

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

By _____ Deputy Clerk

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. 3:15cv 852 (JBA)

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Davon Brown

vs.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Cinnelle, Tranato, Edwards LLC.

Rev. 4-12-2013

Please complete every section and SIGN THE LAST PAGE.

A. **JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check **one**.

I can bring my complaint in federal court because I am suing:

1. ____✓____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

B. **PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff
   a. Full Name: Javen Demetrios Brown
   b. Inmate Number: 223962
   c. Correctional facility: Osborn CI
      P.O. Box 100
      Somers CT. 06071

2. Second Plaintiff
   a. Full Name:
   b. Inmate Number:
   c. Correctional facility:

Rev. 4-12-2013                              2

C.   **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

Do not include any defendants who the Court has already dismissed from your case.

1. First Defendant
    a. Full Name: ~~Attorney ~~ ~~Minnella~~
    b. Rank or Title: ~~Lawyer~~
    c. ~~Workplace:~~

2. Second Defendant
    a. Full Name: Minnella Tramuta Edwards LLO
    b. Rank or Title: Lawyer
    c. Workplace: Minnella Tramuta & Edwards LLc
       530 middlebury Road
       Suite 103B
       middlebury CT. 06762

3. Third Defendant
    a. Full Name:
    b. Rank or Title:
    c. Workplace:

4. Fourth Defendant
    a. Full Name:
    b. Rank or Title:
    c. Workplace:

5. Fifth Defendant
    a. Full Name:
    b. Rank or Title:
    c. Workplace:

6. Sixth Defendant
    a. Full Name:
    b. Rank or Title:
    c. Workplace:

Rev. 4-12-2013                                 3

D.   **PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items 1-8 for each case.**

1.   First Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?



NOT SURE.

    d.   Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

2.   Second Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3.   Third Lawsuit

    a.   Court and Date filed:

    b.   Caption and Docket No.:

    c.   Briefly, what was this lawsuit about?

    d.   Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

E.  **REASON FOR COMPLAINT**

WARNING: Common mistakes can get your case **dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Assistance at 1-800-301-ILAP (4527) before you file.

1. Failure to use the prison grievance process before suing. If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Assistance first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary

proceeding invalidated, for example through a habeas proceeding. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. **The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.** Until then, your best strategy is to call the Inmate Legal Assistance Program at 1-800-381-ILAP before you file a complaint. **If Inmate Legal Assistance says you do not have a good case, you should consider that advice very seriously.**

Now you need to explain how your **federal** rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is **who did what, when they did it, and how you were harmed.**

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to **be specific about dates, times, and the names of the people involved.** It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person – for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

**Here is an example of the proper way to describe your claims:**

Example of Statement of Case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Now describe your claims.

Statement of Case

1. I Hired Attorney Martin Minella of Minella Tramuta and Edwards LLC in march of 2013 in a pending case involving and Alleged Burglary 2 and Criminal mischief 2.

2. While discussing The case with Attorney Minella it was explained clearly That an investigator was going to go get a statement from my girlfriend Cause I lived at the place of the burg.

3. He charged me 10 Thousand Dollars and agreed That He would Hire The investigator. He said it was included with The 10 Thousand Dollars.

4.

5.

6. I again Hired Attorney Minella in june 2013 for more cases I caught Assault 3 and unlawful Restraint 2. once again He charged me 10 Thousand Dollars and said He was going to send an investigator out to get statements.

7.

8. In Sept 2013 Before I Took my guilty plea Attorney Minella came to visit me in The County jail in New Haven CCC. Told me That I violated my probation and got a new charge pending. I explain to Him That I was never on probation. He said That is not what The state is saying and showed me a

If you need more space, attach additional pages, but be as brief as possible.

Rev. 4-12-2013                                      7

F.  REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

Reimbursment of Funds for investigator $5,000 for the Fake VOP Disbarment from legal practice in state other punitive damages the court may deem fit for said offenses and 750,000 for pain and suffering + punitive damages

G.  Do you wish to have a jury trial? Yes ✓   No _____

H.  DECLARATION UNDER PENALTY OF PERJURY

**Warning: You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Davern Brown_

Signed at _Osborn CI_ on _5-25-15_
              (Location)                            (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

Rev. 4-12-2013                          8

piece of paper saying V.O.P. out of fear and not knowing what was going on I paid him the 5 thousand dollars he said he needed to handle the case. He also told me to plea guilty and the V.O.P will get thrown out. I took my lawyer advice and pleaded guilty.

And now come to find out it was all a lie Mr. Minella never hired the agreed investigator but told me that he sent one to my girl Hoore and she said I broke in. The alleged victim never told the police I broke in. If Mr. Minella would have hired said investigator these facts would have come to light, during an independent analysis of the case. I also paid 5 thousand dollars and was misled in the above mentioned criminal matter in regards to the plea agreement stating that I was being charged with a "violation of probation". The fact of the matter is that I was never charged with a V.O.P. and Attorney Minella misled me and the court. This attorney has defrauded the plaintiff for legal fees, gave false information, falsified a document to receive payments, ineffectively represented his client and coerced his client to plea

page 3

guilty. mr. moello has violated his oath of Attorney conduct, misused funds, was neglectful, did not use diligence or competence, and committed fraud in a court of law. There is my bank trust also sent 500 dollars to Attorney moello office to give to me and I never got it. The overall amount of money that was paid to Attorney moello was $27,500. There is also a complaint filed with the statewide Bar counsel.

Davon Brown
Davon Brown

This has caused lots of stress, pain and suffering, I am really going thru. And he took my money I want justice. This has also cause me to be in jail away from my family.

Thank you

I. **FINAL INSTRUCTIONS**

**WARNING: Your complaint will not be filed** unless you complete each of these steps:

1. Sign the Declaration under Penalty of Perjury on p. 8.
2. Answer all questions on the complaint form.

Remember, the Clerk cannot file your complaint unless you take all of the steps above.